```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 13-00351-JJT
David A. Brown                                                      Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: DGeorge            Page 1 of 1              Date Rcvd: Jan 31, 2017
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2017.
db          David A. Brown,    PO Box 206,    Analomink, PA   18320-0206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Peter J Ashcroft    on behalf of Creditor   Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              Stuart  Winneg    on behalf of Creditor   PNC Bank, N.A. swinneg@udren.com,    cblack@udren.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor David A. Brown
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**David A. Brown**
**aka David Alfonso Brown**
**aka David Brown**
          Debtor(s)

Chapter 13

Case Number: **5:13-bk-00351-JJT**

## ORDER

It is hereby, **ORDERED** that the Application Requesting Redaction of personal Information is:

**GRANTED.** The Redacted document(s) must be filed with the Court within fourteen (14) days of the date of this Order by the **Applicant**. Ther Clerk is directed to immediately restrict public viewing of the subject document.

Dated: January 31, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)

MDPA-Order on Request for Redaction.WPT REV 06/16